UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PATRICIA KENNEDY, individually

       Plaintiff,

v.                                   Case No:  2:16-cv-358-FtM-38CM

J.B. BALDWIN, trustee of Quality
Self Storage VI Trust,

       Defendant.

                                             /

## **ORDER**[1]

This matter comes before the Court on Plaintiff Patricia Kennedy and Defendant J.B. Baldwin, trustee of Quality Self Storage VI Trust's Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice. (Doc. 35). The parties have agreed to resolve this case by way of a Consent Decree to improve access to persons with disabilities, stipulated to the Court retaining jurisdiction to enforce the terms of the Consent Decree, and to dismiss this case with prejudice.

The Consent Decree provides a deadline of October 1, 2018, for the final property re-inspection by Kennedy after modifications listed in the Consent Decree have been

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

completed. The Court will approve the Consent Decree, partially retain jurisdiction, and dismiss the case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) Plaintiff Patricia Kennedy and Defendant J.B. Baldwin, trustee of Quality Self Storage VI Trust's Stipulation for Approval and Entry of Consent Decree and Dismissal of Case with Prejudice (Doc. 35) is **GRANTED**.

(2) The Consent Decree (Doc. 35) is **APPROVED** and the Court will retain jurisdiction over its enforcement **until January 1, 2018.**

(3) The Clerk of Court is **DIRECTED** to enter judgment dismissing this case with prejudice and subject to the terms of the Consent Decree (Doc. 35), which shall be attached to the judgment (with exhibits).

**DONE** and **ORDERED** in Fort Myers, Florida this 2nd day of August 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record